```
                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
                             AT SEATTLE
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: CR-03-510-Z |
| Plaintiff, | ) ) | |
| | ) | SUMMARY REPORT OF U.S. |
| v. | ) | MAGISTRATE JUDGE AS TO |
| | ) | ALLEGED VIOLATIONS |
| LESLIE CURTIS CONNOR, | ) | OF SUPERVISED RELEASE |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

A probation revocation hearing on a supervised release violation was held before the undersigned Magistrate Judge on December 9, 2005. The United States was represented by Assistant United States Attorney Floyd G. Short, and the defendant by Mr. Douglas Hiatt. The proceedings were recorded on cassette tape.

The defendant had been sentenced on or about April 9, 2004, on a charge of bank larceny. The defendant was sentenced to five years probation, a $100.00 mandatory penalty assessment, and restitution in the amount of $18,899.00.

In an application dated November 17, 2005, U.S. Probation Officer Michael K. Banks alleged the defendant committed a violation of the conditions of supervised release by contacting Laurie Wolfer on October 28, 2005, in violation of a no-contact order.

In a violation report dated December 1, 2005, U.S. Probation Officer Raul Salazar indicated that Mr. Connor was apprehended on November 23, 2005, and appeared before the Hon. Monica J. Benton. A detention hearing was held on November 29, 2005, and defendant was ordered detained.

At the probation-revocation hearing on December 9, 2005, defendant was advised in full as to the charge of violating the no-contact order as a condition of his supervised released, and as to his constitutional rights. The defendant admitted the violation, and waived any evidentiary hearing as to whether it occurred.

I therefore recommend that the Court find the defendant violated the conditions of his supervised release as to this violation, and that the Court conduct a hearing limited to the issue of disposition. The disposition hearing has been set before The Hon. Thomas S. Zilly on December 16, 2005, at 11:00 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 9th day of December, 2005.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

cc:	District Judge:	The Hon. Thomas S. Zilly
	AUSA:	Mr. Floyd G. Short
	Defendant's attorney:	Mr. Douglas Hiatt
	Probation officers:	Mr. Michael K. Banks
		Mr. Raul G. Salazar

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 2